■ ISOBEL FLEMING, Appellant, v DORIS THURBER et al., Respondents.—Appeal by the plaintiff from an order of the Supreme Court, Suffolk County (Gerard, J.), entered April 4, 1990.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Gerard at the Supreme Court. Thompson, J. P., Sullivan, Harwood, Miller and O'Brien, JJ., concur.